UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Duwamish Tribe,<br><br>   *Plaintiff*,<br><br>   v.<br><br>U.S. Department of the Interior, Bureau of Indian Affairs,<br><br>   *Defendants*. | Civ. A. No. 25-1879 (TSC) |

## **DEFENDANTS' MOTION TO EXTEND TIME**

   Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants, U.S. Department of the Interior, and its component, the Bureau of Indian Affairs, by and through undersigned counsel, respectfully move for an approximately thirty-five-day extension of time, up to and including September 4, 2025, to respond to the Complaint. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiffs, via counsel, about the relief sought herein and Plaintiffs consent to this request. Undersigned counsel apologizes for filing this extension request on the day Defendant's answer is due. As explained below, since undersigned counsel was assigned this matter, undersigned counsel has been working to prepare for trial and to complete as many tasks before trial as possible, which is scheduled to start August 11, 2025, and is filing this motion to extend the earliest chance she can get. Undersigned counsel, nonetheless apologizes for this late filing.

   In this Freedom of Information Act case, Plaintiff seeks the release of records responsive to a FOIA request that Plaintiff submitted to Defendants in February 2022. *See generally* Compl. (ECF No. 1). Plaintiff initiated this case on June 17, 2025, and Defendants were served

with process on July 1, 2025, rendering their response to the Complaint due today, July 31, 2025. *See* 5 U.S.C. § 552(a)(4)(C).

Defendant respectfully requests additional time to respond to the Complaint, up to and including September 4, 2025, so that undersigned counsel may have sufficient time to confer with agency counsel, gather documents to help investigate the allegations in Plaintiff's Complaint, and prepare a response to that Complaint.

This is Defendant's first request for an extension of this deadline and Defendant is not seeking this extension to cause delay. Granting this extension will not affect any other deadlines, as no other deadlines are set, and no party will be prejudiced by this extension, rather Plaintiff did not oppose this this request.

Undersigned counsel recognizes that this request is being filed the day of the effected deadline and apologizes for the inconvenience caused by this late filing. Undersigned counsel was assigned this case a week ago but was in witness prep all day on Friday and spent the evening working on pretrial motion responses. Over the weekend, undersigned counsel fell ill on Saturday and Sunday but has been responsible for many filings between Monday and now, while also trying to prepare for trial. These filings have included responses to five motions, four status reports (with seven more due by tonight or tomorrow), three affirmative motions, and an answer to a complaint. In addition, undersigned counsel had oral arguments on Wednesday. Undersigned counsel conferred with Plaintiff's counsel regarding this request on Tuesday and is filing this motion as soon as possible after that.

\*   \*   \*

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this motion. A proposed Order is attached.

Dated: July 31, 2025                    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
United States Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-2544

*Counsel for the United States of America*